UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NOEMI DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>Defendant. | CASE NO. CV11-0548<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br>Judge: Hon. Samuel Conti |

Pursuant to the Court's Order issued on June 16, 2011, which GRANTED Defendant United Collection Bureau, Inc.'s ("UCB") Motion to Dismiss, with prejudice;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that JUDGMENT OF DISMISSAL is entered in favor of UCB and against Plaintiff Noemi Diaz.

UCB is therefore the "prevailing party" and has reached an agreement with Plaintiff for its fees and costs.

**IT IS SO ORDERED:**

Dated: July 22, 2011

Judge San...
United St...
Northern...

*IT IS SO ORDERED*
*Judge Samuel Conti*

RCI/6042352.1/PFI

[PROPOSED] JUDGMENT OF DISMISSAL